AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and BAYERISCHE MOTOREN WERKE AG, a German Corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>WINTIS CORPORATION, a California Corporation; SHIP COMMUNICATIONS, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>*Defendant(s)* | Civil Action No. 3:17-cv-3816 KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  

Wintis Corporation  
c/o Jackee Liu  
35117 King Ct.  
Fremont, CA 94536  

Ship Communications, Inc.  
c/o Hei Hsin Kelly Yen  
2526 Quem Dr., Ste. 15  
San Jose, CA 95131  

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   

JOHNSON & PHAM, LLP  
Christopher D. Johnson  
Christopher Q. Pham  
Marcus F. Chaney  
6355 Topanga Canyon Boulevard, Suite 326  
Woodland Hills, CA 91367  

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  
*Susan Y. Soong*

Date: 07/06/2017

*Signature of Clerk or Deputy Clerk*